**UNITED STATES of America,
Appellee,**

v.

**Jose SANCHEZ–GONZALES,** also known as Jesus Sandoval–Chiquete, also known as Jesus C. Sandoval, also known as Francisco Cardena Rivera, **Appellant.**

No. 03–1394.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 1, 2003.

Decided Aug. 15, 2003.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Jose Sanchez–Gonzales, a/k/a Jesus Sandoval, pled guilty to illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a), and possessing with intent to distribute 100 kilograms or more of a mixture or substance containing marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii). The district court[1] sentenced him to concurrent prison terms of 24 months on the illegal-reentry count and 120 months on the drug count, to be followed by concurrent supervised-release terms totaling 8 years. On appeal, counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

We find no plain error in the court's acceptance of the guilty plea. *See United States v. Vonn*, 535 U.S. 55, 58–59, 122 S.Ct. 1043, 152 L.Ed.2d 90 (2002). Further, we have reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.